UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KATHLEEN A. BRANDNER | CIVIL ACTION |
| VERSUS | NO: 10-3242 |
| ABBOTT LABORATORIES, INC., ET AL | SECTION: R |

**ORDER**

IT IS HEREBY ORDERED that Civil Action 10-3242, *Brandner v. Abbott Laboratories, Inc.*, and Civil Action 11-11, *O'Neil v. Abbott Laboratories, Inc.*, are consolidated.

IT IS FURTHER ORDERED that a status conference will be held on **TUESDAY, AUGUST 16, 2011 at 3:00 p.m.** in Chief Judge Vance's courtroom C279, 500 Poydras St., New Orleans, Louisiana for the purpose of discussing class certification motions.

New Orleans, Louisiana, this 26th day of July, 2011.

_____

SARAH S. VANCE

UNITED STATES DISTRICT JUDGE