UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATHLEEN A. BRANDNER | * | |
| | * | 2:10-cv-03242 |
| | * | |
| VERSUS | * | CHIEF JUDGE SARAH S. VANCE |
| | * | |
| | * | |
| ABBOTT LABORATORIES, | * | MAG. JUDGE DANIEL E. KNOWLES, III |
| INC., ET AL. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DISMISSAL ORDER

Considering the foregoing Joint Motion to Dismiss

IT IS HEREBY ORDERED: that the Motion is GRANTED;

IT IS HEREBY FURTHER ORDERED: that the captioned matter is hereby dismissed, with prejudice;

New Orleans, Louisiana, this __30th__ day of __May__, 2012.

_____
UNITED STATES DISTRICT JUDGE